IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN MADISON and<br>TIFFANY MADISON,<br><br>    Plaintiffs,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES,<br>LLC and CAVALRY SPV I, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 06-3113<br>)<br>)<br>)<br>)<br>) |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Plaintiffs have filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) a notice of dismissal, wherein they give notice that the case should be dismissed with prejudice. The Plaintiffs ask the Court to enter an order to that effect. They attach a proposed order as Exhibit A to the notice of dismissal. However, Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of

1

dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs." Because the Defendants in this case have not filed an answer or responsive pleading of any kind, the Plaintiffs' notice of dismissal is all that is required in order to dismiss the case with prejudice.

Ergo, this case is CLOSED.

ENTER: October 3, 2006

        FOR THE COURT:

                      s/Richard Mills
                      United States District Judge